**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RUBEN PIZZARO,

                Plaintiff,                21 **CIVIL** 1149 (GHW)

    -against-                               **JUDGMENT**

UNITED STATES OF AMERICA,
              Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 03, 2023,. Pizzaro's petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). Mr. Pizzaro has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. The Clerk of Court is further directed to enter judgment for the Respondent; accordingly, the case closed.

**DATED:** New York, New York
           March 07, 2023

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**